## United States District Court
### for the
### Northern District of New York
### Petition for Warrant for Offender Under Supervision

Name of Offender: Shane Smith       Case Number: DNYN1:15CR000333-001

Name of Sentencing Judicial Officer:   Honorable Mae A. D'Agostino, U.S. District Judge

Date of Original Sentence:   September 6, 2016

Original Offense:   Illegal Possession of a Machine Gun

Original Sentence:   37 Months Imprisonment; 3 Years Supervised Release

Type of Supervision:   Supervised Release    Date Supervision Commenced:   January 17, 2019

Asst. U.S. Attorney:   Rick Belliss    Defense Attorney: TBD

### PETITIONING THE COURT

[ X ]  To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct: Felon in Possession of a Weapon<br>On December 15, 2020, following a search of Smith's residence, officers recovered three (3) AR-15 rifles, one handgun and ammunition.<br><br>Evidence in support of this charge includes the weapons and officer testimony.<br><br>This a Grade A violation. |

Executed on: December 15, 2020

Approved by: *Christine M. Connolly*   by:
  for SUSPO Michael Patnaude

Michael J. Salamy
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Summons
[ ]  Other
[X]  The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

Prob 12C -2- Petition for Warrant
for Offender Under Supervision

Name of Offender: Shane Smith   Case Number: DNYN1:15CR000333-001

_____
Signature of Judicial Officer

December 15, 2020
_____
Date