## United States District Court
## for the
## Northern District of New York
## (AMENDED) Petition for Warrant for Offender Under Supervision

Name of Offender: Shane Smith                    Case Number: DNYN1:15CR000333-001

Name of Sentencing Judicial Officer:    Honorable Mae A. D'Agostino, U.S. District Judge

Date of Original Sentence:    September 6, 2016

Original Offense:       Illegal Possession of a Machine Gun

Original Sentence:    37 Months Imprisonment; 3 Years Supervised Release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    January 17, 2019

Asst. U.S. Attorney:    Rick Belliss        Defense Attorney: TBD

## PETITIONING THE COURT

[X]    To issue a warrant *(Warrant previously issued on December 15, 2020. The defendant is in federal custody)*
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct: Unlawful Possession of two (2) Short Barrel Rifles** |

On December 15, 2020, following a search of Smith's residence, officers recovered two (2) AR-15 style rifles.

The defendant has been charged by the US Attorney's office under Code Section 26 U.S.C. 5841, 5861(d), and 5871, Unlawful Possession of Short Barrel Rifles.

Evidence in support of this charge includes the rifles, investigation documents and officer testimony.

This a Grade A violation.

| | | |
|---|---|---|
| Prob 12C | -2- | Petition for Warrant for Offender Under Supervision |

Name of Offender: Shane Smith　　　　　　　　Case Number: DNYN1:15CR000333-001

**2.    New Criminal Conduct: Felon in Possession of Ammunition**

On December 15, 2020, following a search of Smith's residence, officers recovered numerous containers that cumulatively contained hundreds of rounds of ammunition.

The defendant has been charged by the US Attorney's office under Code Section 18 U.S.C. 922(g)(1) and 924(a)(2), Felon in Possession of Ammunition.

Evidence in support of this charge includes the ammunition, investigation documents and officer testimony.

This is a Grade A violation.

Executed on: January 13, 2021

Approved by:　_____　by:　_____

Michael Patnaude
Supervising U.S. Probation Officer

Michael J. Salamy
U.S. Probation Officer

===

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Summons
[X]    Other - The defendant is already in Federal Custody due to the warrant and petition filed 12/15/20
[ ]    The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

January 14, 2021
Date